United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____          Chapter   **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Mister Chimney Cleaning and Repairs, Inc. |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and doing business as names | DBA  Nova Fire Places |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-3719214 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1336 El Camino Real<br>Belmont, CA 94002<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| San Mateo<br>County | Location of principal assets, if different from principal place of business<br><br>_____<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)    www.mister-chimney.com

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other  Specify: _____

Case: 25-30283    Doc# 1    Filed: 04/10/25    Entered: 04/10/25 13:35:20    Page 1 of 12

7. **Describe debtor's business**    A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**    Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check all that apply:

     ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Case: 25-30283    Doc# 1    Filed: 04/10/25    Entered: 04/10/25 13:35:20    Page 2 of 12

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ■ No<br>☐ Yes. |
|---|---|---|

|  | List all cases. If more than 1, attach a separate list | Debtor _____ <br> District _____ | When _____ | Relationship _____ <br> Case number, if known _____ |
|---|---|---|---|---|

| 11. | Why is the case filed in *this district*? | Check all that apply:<br><br>■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
|---|---|---|

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ■ No<br>☐ Yes  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** (*Check all that apply.*)<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety<br><br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other _____<br><br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br><br>**Is the property insured?**<br><br>☐ No<br>☐ Yes  Insurance agency _____<br>         Contact name _____<br>         Phone _____ |
|---|---|---|

### ■ Statistical and administrative information

| 13. | Debtor's estimation of available funds | Check one:<br><br>■ Funds will be available for distribution to unsecured creditors.<br><br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
|---|---|---|

| 14. | Estimated number of creditors | ■ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|

| 15. | Estimated Assets | ■ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
|---|---|---|---|---|

| 16. | Estimated liabilities | ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
|---|---|---|---|---|

Case: 25-30283    Doc# 1    Filed: 04/10/25    Entered: 04/10/25 13:35:20    Page 3 of 12

| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

■ **Request for Relief, Declaration, and Signatures**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct.<br><br>I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on  **April 10, 2025**<br>   MM / DD / YYYY<br><br>X /s/ Martin Nava-Mendoza          **Martin Nava-Mendoza**<br>   Signature of authorized representative of debtor   Printed name<br><br>Title  **CEO** |
| **18. Signature of attorney** | X /s/ Ryan C. Wood          Date  **April 10, 2025**<br>   Signature of attorney for debtor        MM / DD / YYYY<br><br>**Ryan C. Wood 249048**<br>Printed name<br><br>**Law Offices of Ryan C. Wood, Inc.**<br>Firm name<br><br>**611 Veterans Blvd. Ste. 218**<br>**Redwood City, CA 94063**<br>Number, Street, City, State & ZIP Code<br><br>Contact phone  **650-366-4858**   Email address  **Ryan@westcoastbk.com**<br><br>**249048 CA**<br>Bar number and State |

Fill in this information to identify the case:

Debtor name   Mister Chimney Cleaning and Repairs, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known):   _____

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example: trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| California Department of Tax and Fee Account Info. Group, MIC: 29 P.O. Box 942879 Sacramento, CA 94279 | | | | | | $78,947.90 |
| GM Financial 801 Cherry Street, Ste. 3600 Fort Worth, TX 76102 | | Credit Account | | | | $12,208.00 |
| Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | | | | $51,000.00 | $0.00 | $51,000.00 |
| IOU Central, Inc. dba IOU Financial 600 Townpark Lane Ste. 100 Kennesaw, GA 30144 | | MCA Agreement | Contingent Disputed | | | $150,000.00 |
| On Deck, Inc. 4700 W. Daybreak Parkway, Ste. 200 South Jordan, UT 84009 | | Credit Account | | | | $80,625.00 |

Case: 25-30283   Doc# 1   Filed: 04/10/25   Entered: 04/10/25 13:35:20   Page 6 of 12

Debtor    **Mister Chimney Cleaning and Repairs, Inc.**          Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services. | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Pathibhara Financial Service, LLC (Liberty Tax) 1612 S. El Camino Real San Mateo, CA 94402 | | Credit Account | Disputed | | | $11,000.00 |
| Wells Fargo Bank, N.A. Attn: Officer 101 N. Phillips Ave. Sioux Falls, SD 57104 | | Credit Account | | | | $31,829.10 |

# United States Bankruptcy Court
## Northern District of California

In re   **Mister Chimney Cleaning and Repairs, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Martin Nava Mendoza<br>70 Glenn Way #2<br>San Carlos, CA 94070 | | | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **April 10, 2025**

Signature  **/s/ Martin Nava-Mendoza**
                 **Martin Nava-Mendoza**

*Penalty for making a false statement of concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both.*
*18 U.S.C. §§ 152 and 3571*

Sheet 1 of 1 in List of Equity Security Holders

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

In re

Case No.

Mister Chimney Cleaning and Repairs, Inc.

_____ Debtor(s). _____ /

### CREDITOR MATRIX COVER SHEET

I declare that the attached Creditor Mailing Matrix, consisting of  2  sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: April 10, 2025

/s/ Ryan C. Wood
_____
Signature of Debtor's Attorney or Pro Per Debtor

California Department of Tax and Fee
Account Info. Group, MIC: 29
P.O. Box 942879
Sacramento, CA 94279


GM Financial
801 Cherry Street, Ste. 3600
Fort Worth, TX 76102


Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346


IOU Central, Inc.
c/o Mellssa Barratt, Esq.
225 N. Jeff Davis Drive
Fayetteville, GA 30214


IOU Central, Inc. dba IOU Financial
600 Townpark Lane Ste. 100
Kennesaw, GA 30144


On Deck, Inc.
4700 W. Daybreak Parkway, Ste. 200
South Jordan, UT 84009


Ondeck Capital, Inc.
Attn: Officer
30 Broad Street 14th Floor
New York, NY 10004


Pathibhara Financial Service, LLC
(Liberty Tax)
1612 S. El Camino Real
San Mateo, CA 94402

Wells Fargo Bank, N.A.
Attn: Officer
101 N. Phillips Ave.
Sioux Falls, SD 57104


Wells Fargo Bank, N.A.
Small Business Lending
MAC N9777-01B
P.O. Box 5511
Sioux Falls, SD 57117

## United States Bankruptcy Court
### Northern District of California

In re   __Mister Chimney Cleaning and Repairs, Inc.__

Debtor(s)

Case No. _____

Chapter   __11__ _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Mister Chimney Cleaning and Repairs, Inc.__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Martin Nava Mendoza**
**70 Glenn Way #2**
**San Carlos, CA 94070**

☐ None [*Check if applicable*]

**April 10, 2025** _____
Date

/s/ Ryan C. Wood
**Ryan C. Wood 249048**
Signature of Attorney or Litigant
Counsel for   **Mister Chimney Cleaning and Repairs, Inc.**
**Law Offices of Ryan C. Wood, Inc.**
**611 Veterans Blvd. Ste. 218**
**Redwood City, CA 94063**
**650-366-4858 Fax:650-366-4875**
**Ryan@westcoastbk.com**